IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JARED M. TROTTER, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-23-807-D |
| STEVEN HARPE, | ) ) ) |
| Respondent. | ) ) |

## **ORDER**

Petitioner, Jared M. Trotter, appearing *pro se*, sought habeas relief from a state court conviction, pursuant to 28 U.S.C. § 2254. The matter was referred to United States Magistrate Judge Shon T. Erwin for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B) and (C).

On September 22, 2023, the magistrate judge issued a Report and Recommendation [Doc. No. 6], in which he recommends the transfer of this action to the United States District Court for the Eastern District of Oklahoma, where jurisdiction also exists[1] because Petitioner is challenging a conviction from a state court located in that judicial district. *See* 28 U.S.C. § 2241(d). The magistrate judge explained that the "federal district courts in Oklahoma have had a longstanding policy favoring transferring habeas actions to the district of conviction" because "in the event of any hearing, trial records, trial counsel for the prosecution and for Petitioner, as well as any necessary witnesses are more likely to be

---

[1] Jurisdiction exists in this Court because Petitioner is incarcerated in Lawton, Oklahoma. *See* 28 U.S.C. § 2241(d).

available in the district where the prosecution took place." *See* Report and Recommendation, at 2-3.

Petitioner was expressly informed of his right to object to the Report, the procedure for doing so, and the consequences of failing to object. Petitioner has neither timely objected nor sought additional time to do so.

Accordingly, the Court **ADOPTS** the magistrate judge's Report and Recommendation [Doc. No. 6]. In the interest of justice, the Court **TRANSFERS** this case to the United States District Court for the Eastern District of Oklahoma for all further proceedings.

**IT IS SO ORDERED** this 12th day of October, 2023.

TIMOTHY D. DeGIUSTI
Chief United States District Judge